66185

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT

SEP 0 2 2010

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

| | |
|---|---|
| TRENTON STOCKYARD SALES, LLC | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-mc-00001-JLH |
| WARD ROBINSON d/b/a WARD LIVESTOCK AUCTION And GREG COX | ) |
| Defendants, | ) |
| LIBERTY BANK OF ARKANSAS | ) |
| Garnishee. | ) |

## ALLEGATIONS AND INTERROGATORIES

**ALLEGATION NO. 1**: That the said Garnishee herein was on and after the date of service of the Writ of Garnishment herein indebted to the said Defendant in the amount of $24,144.45.

**ALLEGATION NO. 2**: That said Garnishee on or after the date aforesaid had in its hands and possessions certain good, chattels, moneys, credits and effects belonging to said Defendant of said value.

And the Plaintiff propounds to the said Garnishee the following Interrogatories:

**INTERROGATORY NO. 1**: Were you on or after the date of service of the

1

Writ of Garnishment indebted to the Defendant? If so, now were you indebted to the Defendant and for what amount?

**ANSWER**:

**INTERROGATORY NO. 2**: Had you in your hands and possession on or after said date any goods, chattels, moneys, credits, or effects belonging to said Defendant? If so, what was the nature and value thereof?

**ANSWER**:

**INTERROGATORY NO. 3**: Do you anticipate having in your possession, in the future, any goods, chattels, moneys, credits or effects belonging to the Defendant? If so, what is the nature and value thereof?

**ANSWER**:

**INTERROGATORY NO. 4**: Are you presently withholding any funds belonging to the Defendant pursuant to a previous pending writ of garnishment?

**ANSWER**:

**INTERROGATORY NO. 5**: If you answered affirmative to Interrogatory No. 4, please state the style of the case, the case number, the date upon which said garnishment was issued, and the remaining amount due on the judgment.

**ANSWER**:

66185

**INTERROGATORY NO. 5:** Pursuant to Ark. R. Civ. P.69, please state the last known address, telephone number, and place of employment for Defendant.

**ANSWER:**

                      Respectfully submitted,

                      RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
MICHAEL BURNETT JOINER, SB# 2010059
Attorneys for Plaintiff
50 N. Front Street, Suite 610
Memphis, TN 38103
(901)333-8101
mjoiner@raineykizer.com

**CERTIFICATE OF SERVICE**

A copy of this Writ of Garnishment was mailed by first class mail to the Judgment Debtor, Ward Robinson d/b/a Ward Livestock Auction at 454 County Road 485, Rector, Arkansas 72461, 710 Fairview Road, Paragould, Arkansas 72450 and Greg Cox, P.O. Box 62, Ozark, Missouri 65721. Garnishee: Liberty Bank of Arkansas, 801 E. 9th Street, Rector, AR 72461and 300 W. Emerson Street, Paragould, AR 72450.

The same day as this Writ is served on the garnishee; that if the letter is returned undeliverable by the Post Office or the residence of the Judgment Debtor is not discoverable after a diligent search, a copy of this Writ containing a notice to the Defendant will be sent by first class mail to the Judgment Debtor at his place of employment and that if garnishments are filed on this that more than twelve (12) months after the original garnishment, a notice to the Defendant will be mailed to the Judgment Debtor annually. This is an attempt collect a debt and any information obtained will be used for that purpose.

This is the _30th_ day of August, 2010.

                    _____

66185

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRENTON STOCKYARD )
SALES, LLC )
            )
     Plaintiff, )
            )
v.          ) No. 3:10-mc-00001-JLH
            )
WARD ROBINSON d/b/a )
WARD LIVESTOCK AUCTION )
And GREG COX )
            )
     Defendants, )
            )
LIBERTY BANK OF ARKANSAS )
            )
     Garnishee.

## WRIT OF GARNISHMENT

Comes now Plaintiff, Trenton Stockyard Sales, LLC by and through counsel, and states to the Court the following:

### EXPLANATION

Judgment Date:   December 4, 2009, December 7, 2009

| | |
|---|---|
| Judgment awarded | $22,500.57 |
| Court Costs Awarded: | $135.36 |
| Accumulated Interest to (to August 11, 2010): | $1,488.52 |
| Garnishment Filing Fee: | $20.00 |
| Payments Made After Judgment: | $0 |
| Amount of Garnishment: | $24,144.45* |

1

66185

*NOTICE: Before paying final balance, please call Plaintiff's Attorney's Office at 901-333-8101 to ascertain the correct balance as interest may have been added to the above balance.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
MICHAEL BURNETT JOINER, SB# 2010059
Attorneys for Plaintiff
50 N. Front Street, Suite 610
Memphis, TN 38103
(901)333-8101
mjoiner@raineykizer.com

Certificate of Service

A copy of this Writ of Garnishment was mailed first class mail to the Judgment Debtor, Ward Robinson d/b/a Ward Livestock Auction at 454 County Road 485, Rector, Arkansas 72461, 710 Fairview Road, Paragould, Arkansas 72450 and Greg Cox, P.O. Box 62, Ozark, Missouri 65721. Garnishee: Liberty Bank of Arkansas, 801 E. 9th Street, Rector, AR 72461and 300 W. Emerson Street, Paragould, AR 72450.

The same day as this Writ is served on the garnishee; that if the letter is returned "Undeliverable" by the Post Office, or the residence of the Judgment Debtor is not discoverable after a diligent search, a copy of this Writ, containing a notice to the Defendant, will be sent by first class mail to the Judgment Debtor at his place of employment, and that if garnishments are filed on this debt more than twelve (12) months after the original garnishment, a notice to the Defendant will be mailed to the Judgment Debtor annually. This is an attempt collect a debt, and any information obtained will be used for that purpose.

This is the 30th day of August, 2010.

_____

66185

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this __2ⁿᵈ__ day of __September__, 2010.

By: _Jean Jurman, Deputy Clerk_
James W. McCormack, Clerk
United States District Court
Eastern District of Arkansas

3

66185

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| TRENTON STOCKYARD SALES, LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:10-mc-00001-JLH |
| | ) |
| WARD ROBINSON d/b/a<br>WARD LIVESTOCK AUCTION<br>And GREG COX | )<br>)<br>)<br>) |
| Defendants, | )<br>) |
| LIBERTY BANK OF ARKANSAS | )<br>) |
| Garnishee. | |

## NOTICE TO EMPLOYER/GARNISHEE

This Notice to the Employer/Garnishee is required by Ark. Code Ann. § 16-110-401 and § 16-110-416.

The garnishment restrictions of Title III of Consumer Credit Protection Act (15 U.S.C. 1673) provides that no Court of the United States may make, execute or enforce any order of process which provides for the garnishment of the aggregate disposable earnings of any individual for any work week in any amount which is in excess of the lesser of any of the following restrictions:

    1.    Twenty-five percent (25%) of the individual's disposable earnings for the work week; or

1

66185

      2.    The amount by which the disposable earnings for the week exceed 30 times the minimum wage under Section 6(a)(1) of the Fair Labor Standards Act of 1933, 29 U.S.C. 206, which is presently $7.25 per hour.

On present $6.55 per hour minimum wage basis, the following is in effect of the statutory Federal restriction on earnings on a given week.

- If disposable earnings are $217.50 per week or less, earnings may not be garnished in any amount.

- If disposal earnings are more than $217.50 per week but less than $290.00 only the amount above $196.50 is subject to garnishment.

"Disposable earnings" is compensation paid or payable for personal services less any amounts required to be withheld by law.

The law also prohibits an employer from discharging any employee because their earnings have been subject to garnishment for any one indebtedness. The term "one indebtness" refers to a single debt, regardless of the number of levies made or creditors seeking satisfaction. Whoever willingly violates the discharge provisions of this law may be prosecuted criminally and fined up to $1,000.00 for not more than one year or both.

The employer must file a written answer under oath with the Clerk's Office at any time before the expiration of twenty (20) days from the date it is served with a Writ of Garnishment, and state what wages or other property owing to the debtor, if any, it has in its possession at the time of filing the answer. It is not necessary to wait the entire twenty (20) days before filing the answer.

A Writ of Garnishment issued on any indebtedness shall be in effect as a lien on salaries, wages or other compensation, due at the time of the service of

2

66185

the Writ. The lien so affected shall continue as to subsequent earning until the total amount due upon the judgment and cost is paid or satisfied. Such a lien on subsequent earnings shall terminate sooner if the employment relationship is terminated or if the underlying judgment is vacated or modified. See Ark. Code Ann. § 16-110-415.

THESE RESTRICTIONS DO NOT APPLY IN THE CASE OF (1) Court orders for the support of any person; (2) Court orders under Chapter XIII of the Bankruptcy Act; and (3) any debt for any State or Federal Tax.

FAILURE TO ANSWER THIS WRIT WITHIN 20 DAYS OR FAILURE OR REFUSAL TO ANSWER THE INTERROGATORIES ATTACHED HERETO MAY AFTER HEARING, RESULT IN THE COURT ENTERING A JUDGMENT AGAINST YOU AND YOU BECOMING PERSONALLY LIABLE FOR THE AMOUNT OF THE NON-EXEMPT WAGES OWED THE DEBTOR-EMPLOYEE ON THE DATE YOU WERE SERVED THIS WRIT AS PROVIDED BY ARK. CODE ANN. SECTION 16-110-407.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
MICHAEL BURNETT JOINER, SB# 2010059
Attorneys for Plaintiff
50 N. Front Street, Suite 610
Memphis, TN 38103
(901)333-8101
mjoiner@raineykizer.com

3

66185

## Certificate of Service

A copy of this Writ of Garnishment was mailed by first class mail to the Judgment Debtor, Ward Robinson d/b/a Ward Livestock Auction at 454 County Road 485, Rector, Arkansas 72461, 710 Fairview Road, Paragould, Arkansas 72450 and Greg Cox, P.O. Box 62, Ozark, Missouri 65721. Garnishee: Liberty Bank of Arkansas, 801 E. 9th Street, Rector, AR 72461and 300 W. Emerson Street, Paragould, AR 72450.

The same day as this Writ is served on the garnishee; that if the letter is returned undeliverable by the Post Office or the residence of the Judgment Debtor is not discoverable after a diligent search, a copy of this Writ containing a notice to the Defendant will be sent by first class mail to the Judgment Debtor at his place of employment and that if garnishments are filed on this that more than twelve (12) months after the original garnishment, a notice to the Defendant will be mailed to the Judgment Debtor annually.  This is an attempt collect a debt and any information obtained will be used for that purpose.

This is the 30th  day of August, 2010.

_____

4

66185

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| TRENTON STOCKYARD SALES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARD ROBINSON d/b/a )<br>WARD LIVESTOCK AUCTION )<br>And GREG COX )<br>)<br>Defendants, )<br>)<br>LIBERTY BANK OF ARKANSAS )<br>)<br>Garnishee. ) | No. 3:10-mc-00001-JLH |

## NOTICE TO GARNISHEE

1.   A judgment has been obtained from this Court against the Judgment Debtor listed in this Writ and remains unsatisfied.  The Plaintiff believes you are indebted to the Defendant, or have in your possession goods, chattels, moneys, credits, or effects belonging to the Defendant.

2.   You are directed to prepare a written answer, under oath, and to file this answer in the U.S. District Court Clerk at 615 South Main, Room 312, Jonesboro, Arkansas 72401 within twenty (20) days from the date in which are served with this Writ.  The written answer should contain a statement of what goods, chattels, moneys, credits, or effects you may have in your possession belonging to the Defendant and **a copy sent to Plaintiff's attorney**.  Unless you

1

66185

file such written answer within twenty (20) days, judgment by default may be rendered against you.

3. In addition, you are required to answer any further interrogatories that may be asked of you.

4. Do not mail any money to the Clerk. You should hold the money until a Court order directs you to release the money. You will then pay it to the Plaintiff's attorney or agent.

5. Employer Garnishees are notified that the amount of wages available for withholding for this judgment and costs is subject to certain prior claims. Under Arkansas law, the total amount to be withheld cannot exceed the maximum amount allowed under Section 303(b) of the Title Consumer Credit Protection Act.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
MICHAEL BURNETT JOINER, SB# 2010059
Attorneys for Plaintiff
50 N. Front Street, Suite 610
Memphis, TN 38103
(901)333-8101
mjoiner@raineykizer.com

### NOTICE TO NON-EMPLOYER GARNISHEE

Failure to answer this writ within 20 days or failure or refusal to answer the interrogatories attached hereto shall result in the court entering a judgment against you and you becoming personally liable for the full amount specified in

66185

this writ together with costs of this action as provided by Arkansas Code Annotated § 16-110-407.

### Certificate of Service

A copy of this Writ of Garnishment was mailed first class mail to the Judgment Debtor, Ward Robinson d/b/a Ward Livestock Auction at 454 County Road 485, Rector, Arkansas 72461, 710 Fairview Road, Paragould, Arkansas 72450 and Greg Cox, P.O. Box 62, Ozark, Missouri 65721. Garnishee: Liberty Bank of Arkansas, 801 E. 9th Street, Rector, AR 72461 and 300 W. Emerson Street, Paragould, AR 72450.

The same day as this Writ is served on the garnishee that if the letter is returned undeliverable by the Post Office or the residence of the Judgment Debtor is not discoverable after a diligent search, a copy of this Writ containing a notice to the Defendant will be sent by first class mail to the Judgment Debtor at his place of employment and that if garnishments are filed on this that more than twelve (12) months after the original garnishment, a notice to the Defendant will be mailed to the Judgment Debtor annually. This is an attempt collect a debt and any information obtained will be used for that purpose.

This is the _30th_ day of August, 2010.

_____

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this _2nd_ day of _September_, 2010.

JAMES W. McCORMACK
_____
James W. McCormack, Clerk
United States District Court
Eastern District of Arkansas

3