IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRENTON STOCKYARD SALES, LLC                    PLAINTIFF

vs.                    NO.: 3:10-mc-00001-JLH

WARD ROBINSON d/b/a WARD
LIVESTOCK AUCTION and
GREG COX                      DEFENDANTS

LIBERTY BANK OF ARKANSAS                      GARNISHEE

## ANSWER TO WRIT OF GARNISHMENT

Comes now, Garnishee, Liberty Bank of Arkansas, by and through its attorneys, Snellgrove, Langley, Culpepper, Williams & Mullally, and for its Answer to the Writ of Garnishment herein states:

1. Liberty Bank of Arkansas, garnishee, herein is indebted to the defendant, Ward Robinson d/b/a Ward Livestock Auction, in the amount of $10.29 held in a checking account in the defendant, Ward Robinson's, name.

2. Garnishee does not have in its possession any goods, chattels, monies, credits or effects belonging to said defendant except as hereinabove set out.

WHEREFORE, Garnishee, Liberty Bank of Arkansas, prays that the Writ of Garnishment herein be dismissed, for its costs and for all other proper relief to which it may be entitled.

Respectfully submitted,

SNELLGROVE, LANGLEY,
CULPEPPER, WILLIAMS & MULLALLY

By: _____
STANLEY R. LANGLEY   ABA #72074
P.O. Box 1346
Jonesboro, AR 72403-1346
Phone: (870) 932-8357
Fax: (870) 932-5488
E-mail: slangley@snellgrovefirm.com

Attorneys for Liberty Bank of Arkansas

## VERIFICATION

STATE OF ARKANSAS   )
                   )ss
COUNTY OF CRAIGHEAD )

    The undersigned, Terri Coleman, an authorized representative of Liberty Bank of Arkansas, states that the answers to the above and foregoing Interrogatories are true and correct to the best of her information, knowledge and belief, and that she is entitled to make this verification on behalf of Liberty Bank of Arkansas.

_____
Terri Coleman

Subscribed and sworn to before me this 20th day of October, 2010.

_____
Notary Public

My Commission expires: 8-4-14

```
OFFICIAL SEAL
LISA FRAZIER
NOTARY PUBLIC-ARKANSAS
CRAIGHEAD COUNTY
MY COMMISSION EXPIRES: 08-04-14
```

2

## CERTIFICATE OF SERVICE

    I, Stanley R. Langley, attorney of record for the Garnishee, Liberty Bank of Arkansas, certify that I have served copy of the foregoing Answer to Writ of Garnishment upon the Plaintiff, Trenton Stockyard Sales, LLC, by serving same upon its attorney of record, Mr. Michael Burnett Joiner, Rainey, Kizer, Reviere & Bell, P.L.C., 50 N. Front St., Suite 610, Memphis, TN 38103, on this ____ day of ~~October~~ Nov, 2010.

_____
Stanley R. Langley