IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| TRENTON STOCKYARD SALES, LLC | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:10-mc-00001-JLH |
| WARD ROBINSON d/b/a WARD LIVESTOCK AUCTION and GREG COX | ) ) ) ) |
| Defendants, | ) ) |
| LIBERTY BANK OF ARKANSAS | ) ) |
| Garnishee. | ) |

## ORDER OF DISMISSAL

The parties have informed the Court that a compromise settlement has been reached as to all claims in this litigation with respect to claims against separate Defendant, Ward Robinson, d/b/a Ward Livestock Auction and against Garnishee, Liberty Bank of Arkansas, and all terms and conditions of the settlement have been fully performed. Upon consideration of the pleadings, statements of counsel and agreement of the parties, the Court finds there is good and sufficient cause to dismiss this action with prejudice, as against separate defendant, Ward Robinson d/b/a Ward Livestock Auction and against Garnishee, Liberty Bank of Arkansas.

IT IS, THEREFORE, ORDERED that this lawsuit is hereby dismissed with prejudice against separate defendant Ward Robinson d/b/a Ward Livestock Auction and Liberty Bank of Arkansas, Garnishee, with the parties to bear their own costs.

_____
U.S DISTRICT COURT JUDGE

DATE: _December 21, 2010_____

APPROVED BY:

Michael Burnett Joiner
Attorney at Law
50 N. Front St., Suite 610
Memphis, Tennessee 38103
(901) 333-8101

By:_____
    Michael Burnett Joiner
    Attorney for Plaintiff

Jimmy Gazaway
Attorney at Law
333 W. Court St.
Paragould, Arkansas 72450
(870) 239-4002

By:_____
    Jimmy Gazaway
    Attorney for Separate Defendant,
    Ward Robinson d/b/a Ward
    Livestock Auction